THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON 
 AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Kent McDowell,       
Appellant.
 
 
 

Appeal From Spartanburg County
Edward W. Miller, Circuit Court Judge

Unpublished Opinion No. 2004-UP-275
Submitted February 20, 2004  Filed April 22, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Kent McDowell pled guilty to 
 second-degree criminal sexual conduct.  He was sentenced to fifteen years imprisonment.  
 McDowell appeals, arguing his plea did not comply with the mandates set forth 
 in Boykin v. Alabama, 395 U.S. 238 (1969).  On appeal, counsel for McDowell 
 has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), 
 asserting that there were no meritorious grounds for appeal and requesting permission 
 to withdraw from further representation.  McDowell has not filed a pro 
 se response.  
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED. [1] 
 
GOOLSBY, STILWELL, and HOWARD, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.